UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT OWEN HAYES, a disabled person ) <br> by and through his Conservators, ROBERT L. ) <br> HAYES, JR. and MARY M. HAYES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORD MOTOR COMPANY, WHEELED ) <br> COACH INDUSTRIES, INC., BROADWAY ) <br> FORD TRUCK SALES, INC., JOHN DOE, ) <br> RONALD L. WEILER and JOHN MEYER, ) <br> ) <br> Defendants. ) | No. 4:05-CV-401 CAS |

## ORDER OF REMAND

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, State of Missouri, for lack of subject matter jurisdiction.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  4th  day of November, 2005.